535 U.S. 904
 FEDERAL COMMUNICATIONS COMMISSION
v.
NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL. and
ARCTIC SLOPE REGIONAL CORP. ET AL.
v.
NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL.
 No. 01-653.
 No. 01-657.
 Supreme Court of the United States.
 March 4, 2002.
 
 1
 C. A. D. C. Cir. Motion of Urban Comm-North Carolina, Inc., for leave to file a brief as amicus curiae in No. 01-653 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 254 F. 3d 130.